# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2019

158894 & (13)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANDREA ASHLEY LIMON,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158894
COA: 344226
Grand Traverse CC: 2014-011931-FC

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 5, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2019

t0522

Clerk